JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VOKAN UMUT KAFKAS CAN,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, ET. AL.,<br>Respondent. | Case No. EDCV 26-01835-HDV(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED.

DATED: July 22, 2026

HON. HERNAN D. VERA
UNITED STATES DISTRICT JUDGE